UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STEVE MANIACI, on behalf of himself and others similarly situated, | Case No. 2:25-cv-11138-RJW-APP |
| Plaintiff, | Hon. Robert J. White |
| v. | Magistrate Judge Anthony P. Patti |
| ORTHOTECH, LLC, | |
| Defendant. | |
| _____/ | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that George T. Blackmore, Esq., enters his appearance as local counsel on behalf of Plaintiff and the proposed class.

                              Respectfully Submitted,

                              BLACKMORE LAW PLC

                              /s/ George T. Blackmore
                              By: George T. Blackmore (P76942)
                              1100 Owendale Drive
                              Suite M
                              Troy, MI 48083
                              Phone: (888) 835-2993
                              george@blackmore.law
                              *Local Counsel for Plaintiff and the proposed class*

Dated: June 11, 2025

## CERTIFICATE OF SERVICE

I certify that on June 11, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE with the Court's CM/ECF system, which will provide notice of this document's filing on all registered parties.

/s/ George T. Blackmore
George T. Blackmore