UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STEVE MANIACI,<br><br>    Plaintiff,<br><br>v.<br><br>ORTHOTECH, LLC, d/b/a SMILESET<br><br>    Defendant. | Case No. 25-cv-11138<br><br>Honorable Robert J. White |

**STIPULATED ORDER EXTENDING TIME PERIOD TO RESPOND TO COMPLAINT**

The parties, by and through their counsel, having stipulated and agreed that Defendant OrthoTech LLC, d/b/a Smileset, shall have a twenty-eight (28) day extension—until July 22, 2025—to answer or otherwise respond to the Complaint filed by Plaintiff, and to file any Counterclaim;

IT IS HEREBY ORDERED that Defendant shall have until July 22, 2025, to respond to Plaintiff's Complaint (ECF No. 1) and file any Counterclaim.

SO ORDERED.

Dated: June 12, 2025

s/Robert J. White
Robert J. White
United States District Judge

**STIPULATED TO:**

*/s/ Anthony I. Paronich*
Anthony I. Paronich
**PARONICH LAW, P.C. MASSACHUSETTS**
350 Lincoln St.
Suite 2400
Hingham, MA 02043
Telephone: 617.485.0018
Email: anthony@paronichlaw.com

*Attorney for Plaintiff*

*/s/ George B. Donnini*
David F. DuMouchel (P-25658)
George B. Donnini (P66793)
**BUTZEL LONG, P.C.**
201 West Big Beaver, Suite 1200
Troy, MI 48084
Telephone 248.258.1616
Email: dumouchd@butzel.com
donnini@butzel.com

*/s/ Mark. S. Eisen*
Mark S. Eisen
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive
Suite 1600
Chicago, IL 60616
Telephone: 312.212.4949
Facsimile: 216.767.9192
Email: meisen@beneschlaw.com

*Attorneys for Defendant*