UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Steve Maniaci
*on behalf of himself and others similarly situated*  ,

                        Plaintiff(s),

v.

ORTHOTECH, LLC ,
D/B/A SMILESET

                        Defendant(s).
_____/

Case No. 2:25-cv-11138-RJW-APP

HONORABLE Robert J. White

# STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS

Pursuant to E.D. Mich. LR 83.4:
OrthoTech LLC D/B/A Smileset (party name),

who is a (check one)  ☐ PLAINTIFF  ☒ DEFENDANT  ☐ OTHER: _____ makes the following disclosure: [1]

## PART I – CITIZENSHIP

☐ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☐ This party is an individual who is a citizen of the State of _____.

---

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

☐   This party is a corporation incorporated in the State of _____ and with a principal place of business in the State of _____.

☐ This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

_____

_____

_____

☐ This party is a trust.

If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

_____

_____

_____

## PART II – FINANCIAL AFFILIATIONS

☐ None of the entries below applies to this party.
☐ This party has one or more parent entities.
　　If so, identify all parent entities.

_____

☒ This party has one or more subsidiaries.
    If so, identify all subsidiaries.
    OTIP Holdings; Ortho Dental Lab LLC

☐ This party has one or more affiliates.
    If so, identify all affiliates.

☒ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.
    If so, identify all such owners.
    Three family trusts each own 33.33% of OrthoTech LLC.

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.
    If so, identify each such entity's financial interest in the litigation.

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

Signature: /s/ George Donnini
Printed Name: George Donnini
Bar Number: P66793
Firm Name: Butzel Long
Address: 201 West Big Beaver, Suite 1200
City, State, Zip Code: Troy, Michigan 48084
Phone/Fax: 248.258.1616
Email Address: donnini@butzel.com

Date: 7.21.2025