**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| STEVE MANIACI <br> *on behalf of himself and* <br> *others similarly situated*, <br> <br> Plaintiff, <br> <br> v. <br> <br> ORTHOTECH, LLC D/B/A SMILESET <br> <br> Defendant. | Civil Action No.: 25-cv-11138 <br> <br> Jury Trial Demanded |

**UNOPPOSED MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Steve Maniaci respectfully moves this Court for an extension of time to respond to Defendant's Motion to Dismiss (ECF No. 15). In support of this Motion, Plaintiff states as follows:

1. Pursuant to Eastern District of Michigan Local Rule 7.1(e)(1)(B), Plaintiff's response to the Motion to Dismiss is currently due on August 26, 2025.

2. Plaintiff requests an extension of time to and including September 30, 2025 to file his response. This extension is requested to allow Plaintiff adequate time to respond to the arguments raised in the Motion to Dismiss and to accommodate counsel's scheduling obligations.

3. Defendant consents to the requested extension.

4. This request is made in good faith and not for the purpose of delay. No party will be prejudiced by the extension.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order extending the deadline for Plaintiff to respond to Defendant's Motion to Dismiss (ECF No. 15) to September 30, 2025.

Dated: August 8, 2025　　　　　　　　PLAINTIFF, on behalf of himself
　　　　　　　　　　　　　　　　　　and others similarly situated,

　　　　　　　　　　　　　　　　　　*/s/ Anthony I. Paronich*
　　　　　　　　　　　　　　　　　　Anthony I. Paronich
　　　　　　　　　　　　　　　　　　Paronich Law, P.C.
　　　　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400
　　　　　　　　　　　　　　　　　　Hingham, MA 02043
　　　　　　　　　　　　　　　　　　(508) 221-1510
　　　　　　　　　　　　　　　　　　anthony@paronichlaw.com