**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| STEVE MANIACI ) <br> *on behalf of himself and* ) <br> *others similarly situated*, ) <br> ) <br>            Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ORTHOTECH, LLC D/B/A SMILESET ) <br> ) <br>            Defendant. ) <br> _____ ) | Civil Action No.: 25-cv-11138 <br><br> Jury Trial Demanded |

**UNOPPOSED SECOND MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Steve Maniaci respectfully moves this Court for a second extension of time to respond to Defendant's Motion to Dismiss (ECF No. 15). In support of this Motion, Plaintiff states as follows:

1. Pursuant to Eastern District of Michigan Local Rule 7.1(e)(1)(B), Plaintiff's response to the Motion to Dismiss was initially due on August 26, 2025.

2. On Plaintiff's first unopposed motion, the Court extended the deadline to September 30, 2025.

3. Plaintiff now requests a second extension of twenty-one (21) days, up to and including October 21, 2025 to file his response.

4. This extension is requested to allow Plaintiff adequate time to respond to the arguments raised in the Motion to Dismiss which involve complex issues following a recent United States Supreme Court ruling, and to accommodate counsel's ongoing scheduling obligations.

1

5. Defendant consents to the requested extension.

6. This request is made in good faith and not for the purpose of delay. No party will be prejudiced by the extension.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order extending the deadline for Plaintiff to respond to Defendant's Motion to Dismiss (ECF No. 15) to October 21, 2025.

Dated: September 16, 2025

PLAINTIFF, on behalf of himself
and others similarly situated,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com