IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STEVE MANIACI, *on behalf of himself and others similarly situated*,<br><br>    Plaintiffs,<br><br>v.<br><br>ORTHOTECH, LLC,<br><br>    Defendant. | Case No. 2:25-cv-11138-RJW-APP<br><br>Hon. Robert J. White<br>Hon. Anthony P. Patti |

**DEFENDANT ORTHOTECH, LLC'S**
**UNOPPOSED COMBINDED MOTION AND BRIEF FOR EXTRA PAGES**

Under Local Rule 7.1(d), Defendant OrthoTech, LLC ("OrthoTech") respectfully requests to exceed the page limit with respect to its Reply in Support of its Motion to Dismiss Pursuant to Rule 12(b)(6). In support of this Motion, OrthoTech states as follows:

1. Plaintiff does not oppose this request.

2. On August 5, 2025, OrthoTech filed its Motion to Dismiss Pursuant to Rule 12(b)(6). (Dkt. 15.)

3. Following extensions, Plaintiff filed his opposition brief on October 19, 2025. (Dkt. 18.)

4. Pursuant to Local Rule 7.1(e)(2), OrthoTech's Reply in Support of its Motion to Dismiss is due November 3, 2025.

5. Local Rule 7.1(d) limits the length of reply briefs to 7 pages.

6. Plaintiff's opposition brief is 25 pages in length, with myriad substantive arguments.

7. Counsel for OrthoTech is in the process of finalizing its reply brief and respectfully requests up to 9 pages—that is, 2 additional pages—for its reply brief to succinctly address the arguments made in opposition.

WHEREFORE, OrthoTech respectfully requests leave to file its Reply in Support of its Motion to Dismiss up to 9 pages in length.

Dated:   October 28, 2025            Respectfully submitted,

/s/ George B. Donnini
David F. DuMouchel (P-25658)
George B. Donnini (P66793)
**BUTZEL LONG, P.C.**
201 West Big Beaver, Suite1200
Troy, MI 48084
Telephone 248.258.1616
Email: dumouchd@butzel.com
donnini@butzel.com

/s/ *Mark S. Eisen*
Mark S. Eisen
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
71 South Wacker Drive
Suite 1600
Chicago, IL 60616
Telephone: 312.212.4949
Facsimile: 216.767.9192
Email: meisen@beneschlaw.com
*Counsel for OrthoTech, LLC*