UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STEVE MANIACI, *on behalf of himself and others similarly situated*,<br><br>    Plaintiffs,<br><br>v.<br><br>ORTHOTECH, LLC,<br><br>    Defendant. | Case No. 2:25-cv-11138-RJW-APP<br><br>Honorable Robert J. White |

## BRIEF FORMAT CERTIFICATION FORM

I, George B. Donnini, certify that the foregoing brief complies with Eastern District of Michigan Local Rules 5.1(a), 5.1.1, and 7.1, and Judge White's Case Management Requirements, including the following (click each box to indicate compliance):

☐ the brief contains a statement regarding concurrence, *see* LR 7.1(a);

☒ the brief, including footnotes, uses 14-point font, *see* LR 5.1(a)(3);

☒ the brief contains minimal footnotes and, in all events, no more than 10, *see* Case Management Requirements § III.A;

☒ the brief and all exhibits are filed in searchable PDF format, *see* Case Management Requirements § III.A;

☒ except for footnotes and necessary block quotes, the brief is double spaced (not "Exactly 28 pt" spaced) with one-inch margins, *see* LR 5.1(a)(2);

☐ deposition transcripts have been produced in their entirety (not in minuscript), *see* Case Management Requirements § III.A;

☐ if the brief and exhibits total 50 pages or more, I will mail to chambers a courtesy copy with ECF headers, *see* Case Management Requirements § III.B.

I also acknowledge that my brief will be stricken from the docket if the Court later finds that these requirements are not met.


/s/ David F. DuMouchel
David F. DuMouchel (P25658)
Attorney for Defendant OrthoTech, LLC