# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STEVE MANIACI<br>*on behalf of himself and others similarly situated*,<br><br>      Plaintiff,<br><br>v.<br><br>ORTHOTECH, LLC D/B/A SMILESET<br><br>      Defendant. | Civil Action No.:  25-cv-11138<br><br>Jury Trial Demanded |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs hereby file this Notice of Voluntary Dismissal with Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

Respectfully submitted,

/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com